# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-24454-JAD |
| **Alan Lane Post** | : | |
| **Pamela Post,** | : | CHAPTER 13 |
| Debtors | : | |
| | : | |
| **Alan Lane Post and** | : | |
| **Pamela Post,** | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| **Ronda J. Winnecour,** | : | |
| Ch. 13 Trustee | : | |
| Respondent | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On February 16, 2015 at docket number 36 and 37, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*.

   This Certification is being signed under penalty of perjury by Undersigned. Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: <u>January 6, 2020</u>     BY:   /s/ Paul W. McElrath
                                       Paul W. McElrath, Esquire
                                       Attorney for Debtor/Movant
                                       PA I.D. #86220
                                       1641 Saw Mill Run Blvd.
                                       Pittsburgh, PA 15210
                                       (412) 765-3606

**PAWB Local Form 24 (07/13)**