**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Alan Lane Post**
**Pamela Post**
  Debtor(s)

Bankruptcy Case No.: 14−24454−JAD
Doc. No. 76
Chapter: 13
Docket No.: 77 − 76

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 24th of March, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/15/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **5/27/20 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/15/20.**

                                                  <u>Jeffery A. Deller</u>
                                                  United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-24454-JAD
Alan Lane Post                                                            Chapter 13
Pamela Post
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch              Page 1 of 3              Date Rcvd: Mar 24, 2020
                              Form ID: 408            Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2020.
```
db/jdb         +Alan Lane Post,    Pamela Post,    415 Homeland Avenue,    Pittsburgh, PA 15207-2437
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13951436       +Best Buy,    Retail Services,    PO Box15521,    Wilmington, DE 19850-5521
13951442      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2222
                (address filed with court: Citifinancial,     300 Saint Paul Pl,    Baltimore, MD 21202)
13951441       +Citi,    PO Box 6931,    The Lakes, NV 88901-6931
13951443       +Citifinancial Retail Services,     Po Box 22066,    Tempe, AZ 85285-2066
13989217       +City and School District of Pittsburgh,     c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13951447       +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive,
                 Second Floor,    Pittsburgh, PA 15212-5860
13951448      ++FIRST HORIZON HOME LOANS,    6363 N STATE HWY 161,    SUITE 300,    IRVING TX 75038-2231
                (address filed with court: First Horizon Home Loan,     4000 Horizon Way,    Irving, TX 75063)
13951449       +First National Bank of Pa,    1 Fnb Blvd,    Hermitage, PA 16148-3363
13978134       +First National Bank of Pa.,     4140 East State St,    Hermitage, PA 16148-3401
13951451       +Goodyear/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
14023840       +Kia Motors Finance,    PO Box 20825,    Fountain Valley, CA 92728-0825
13951452       +Kia Motors Finance,    Po Box 20815,    Fountain Valley, CA 92728-0815
14023046      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,     ATTN: Bankruptcy Department,
                 PO BOX 630267,    Irving, TX 75063)
13951456        Peter J. Ashcroft, Esquire,    Suite 2200, Gulf Tower,    Pittsburgh, PA 15219
13989216       +Pittsburgh Water & Sewer Authority,     c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13951460       +The Home Depot/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
13962432       +Wells Fargo,    PO Box 14487,    Des Moines, IA 50306-3487
13963975        Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
13962434       +Wf Crd Svc,    Po Box 10438,    Des Moines, IA 50306-0438
13962433       +Wf Crd Svc,    3201 N 4th Ave,    Sioux Falls, SD 57104-0700
13951462       +Wff Cards,    3201 N 4th Ave,    Sioux Falls, SD 57104-0700
13962436       +Wffinance,    800 Walnut St,    Des Moines, IA 50309-3504
13951446       +eCAST Settlement Corp,    PO Box 29262,    New York, NY 10087-9262
13962417       +eCAST Settlement Corp,    asignee of Chase Bank USA, N.A.,     POB 29262,
                 New York, NY 10087-9262
14016389        eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13951437        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 25 2020 03:55:02      Capital One,
                 Po Box 85520,    Richmond, VA 23285
13962408       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 25 2020 03:55:46      Capital One,
                 by American Infosource Lp As Agent,    PO Box 71083,    Charlotte, NC 28272-1083
13977169        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 25 2020 03:55:01
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13951438       +E-mail/Text: bnc@bass-associates.com Mar 25 2020 03:50:52      Capital One,,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
13951444       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 25 2020 03:54:55      Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
13962414        E-mail/PDF: DellBKNotifications@resurgent.com Mar 25 2020 03:55:40      Dell Financial Services,
                 PO Box 6403,    Carol Stream, IL 60197
13951461        E-mail/PDF: DellBKNotifications@resurgent.com Mar 25 2020 03:54:56      Webbank/Dfs,
                 1 Dell Way,    Round Rock, TX 78682
14013123       +E-mail/Text: kburkley@bernsteinlaw.com Mar 25 2020 03:52:09      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13962416        E-mail/Text: bnc@bass-associates.com Mar 25 2020 03:50:52      ECAST FOB HRS USA,
                 Bass & Associates, P.C.,    3936 E Ft Lowell Rd Ste 200,    Tucson, AZ 85712-1083
13951445       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 25 2020 03:54:24      East Bay Funding,
                 c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
14014525       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 25 2020 03:54:26
                 East Bay Funding, LLC its successors and assigns,     as assignee of CR Evergreen, LLC,
                 Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
13951450       +E-mail/PDF: gecsedi@recoverycorp.com Mar 25 2020 03:55:29      Gemb/Sams Club Dc,
                 Po Box 981400,    El Paso, TX 79998-1400
13951439        E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 25 2020 03:55:00      Chase,    Po Box 15153,
                 Wilmington, DE 19886-5153
13951440        E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 25 2020 03:55:47      Chase,    Po Box 15298,
                 Wilmington, DE 19850
13951454        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 25 2020 03:55:02      LVNV Funding,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13951453        E-mail/Text: cslehigh@pacses.com Mar 25 2020 03:52:00      Lehigh Co Drs,    523 Hamilton St,
                 Allentown, PA 18101
```

```
District/off: 0315-2              User: msch                  Page 2 of 3                  Date Rcvd: Mar 24, 2020
                                  Form ID: 408                Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13962425       +E-mail/Text: Bankruptcies@nragroup.com Mar 25 2020 03:52:18      National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
13951455       +E-mail/Text: Bankruptcies@nragroup.com Mar 25 2020 03:52:18      National Recovery Agency,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
13951457        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2020 03:55:38
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
13951458       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2020 03:54:56      PRA Receivables,
                 PO Box 12914,    Norfolk, VA 23541-0914
13962429       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2020 03:54:22
                 PRA Receivables Management,    As Agent of Portfolio Recovery Assocs.,    P.O. Box 12914,
                 Norfolk, VA 23541-0914
13951459        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 25 2020 03:55:02
                 Resurgent Capital Services,    PO Box 10826,    Greenville, SC 29603-0826
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              City and School District of Pittsburgh
cr              Duquesne Light Company
cr              First Horizon Home Loans a division of First Tenne
cr              NATIONSTAR MORTGAGE LLC
cr              Pittsburgh Water & Sewer Authority
cr*             eCAST Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
13962407*      +Best Buy,    Retail Services,    PO Box15521,    Wilmington, DE 19850-5521
13962412*     ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2222
                 (address filed with court: Citifinancial,     300 Saint Paul Pl,    Baltimore, MD 21202)
13962409*      +Capital One,,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
                 Tucson, AZ 85712-1083
13962411*       Citi,    PO Box 6931,    The Lakes, NV 88901-6931
13962413*      +Credit One Bank,    Po Box 98875,    Las Vegas, NV 89193-8875
13962431*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Webbank/Dfs,     1 Dell Way,    Round Rock, TX 78682)
13962415*      +East Bay Funding,    c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
13962418*     ++FIRST HORIZON HOME LOANS,    6363 N STATE HWY 161,    SUITE 300,    IRVING TX 75038-2231
                 (address filed with court: First Horizon Home Loan,     4000 Horizon Way,    Irving, TX 75063)
13962419*      +First National Bank of Pa,    1 Fnb Blvd,    Hermitage, PA 16148-3363
13962420*      +Gemb/Sams Club Dc,    Po Box 981400,    El Paso, TX 79998-1400
13962421*      +Goodyear/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
13962410*     ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
                 (address filed with court: Chase,     Po Box 15153,    Wilmington, DE 19886-5153)
13962422*      +Kia Motors Finance,    Po Box 20815,    Fountain Valley, CA 92728-0815
13962424*       LVNV Funding,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13962423*       Lehigh Co Drs,    523 Hamilton St,    Allentown, PA 18101
13962426*      +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
13962427*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,     Po Box 41067,    Norfolk, VA 23541)
13962428*      +PRA Receivables,    PO Box 12914,    Norfolk, VA 23541-0914
13962430*       Resurgent Capital Services,    PO Box 10826,    Greenville, SC 29603-0826
13973628*       Wells Fargo Bank N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
13965736*       Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
13962435*      +Wff Cards,    3201 N 4th Ave,    Sioux Falls, SD 57104-0700
                                                                                       TOTALS: 5, * 23, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2020                                      Signature:  /s/Joseph Speetjens

```
District/off: 0315-2         User: msch              Page 3 of 3         Date Rcvd: Mar 24, 2020
                             Form ID: 408            Total Noticed: 49
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2020 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC andygornall@latouflawfirm.com
          Andrew F Gornall    on behalf of Creditor    First Horizon Home Loans a division of First Tennessee
           Bank National Association andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Plaintiff Alan Lane Post ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Plaintiff Pamela  Post ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Pamela  Post ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Debtor Alan Lane Post ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 14
```