**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ALAN LANE POST<br>PAMELA POST<br>      Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>      Movant<br>      vs.<br>No Respondents. | Case No.:14-24454 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 23, 2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/07/2014 and confirmed on 1/20/15. The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 110,090.92 |
| Less Refunds to Debtor | 4,159.93 | |
| TOTAL AMOUNT OF PLAN FUND | | 105,930.99 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,700.00 | |
|   Trustee Fee | 4,488.66 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,188.66 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 43,525.13 | 0.00 | 43,525.13 |
|     Acct: 6512 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 0.00 | 34,109.46 | 0.00 | 34,109.46 |
|     Acct: 0780 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 4,732.39 | 4,732.39 | 0.00 | 4,732.39 |
|     Acct: 6512 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 2,107.38 | 2,107.38 | 0.00 | 2,107.38 |
|     Acct: 0780 | | | | |
|   PITTSBURGH WATER & SEWER AUTHOF | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: B224 | | | | |
|   KIA MOTOR FINANCE | 2,299.15 | 2,299.15 | 307.38 | 2,606.53 |
|     Acct: 6510 | | | | |
| | | | | 87,080.89 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALAN LANE POST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALAN LANE POST | 840.01 | 840.01 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALAN LANE POST | 3,319.92 | 3,319.92 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CITY AND SCHOOL DISTRICT OF PITTSB | 873.40 | 873.40 | 0.00 | 873.40 |
|     Acct: 4887 | | | | |
| | | | | 873.40 |
| **Unsecured** | | | | |
|   WELLS FARGO BANK NA | 10,651.82 | 0.00 | 0.00 | 0.00 |
|     Acct: 0278 | | | | |
|   DUQUESNE LIGHT COMPANY* | 142.15 | 116.26 | 0.00 | 116.26 |
|     Acct: 2702 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 2,773.05 | 2,268.00 | 0.00 | 2,268.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   Acct: 0873 | | | | |
|   CITIFINANCIAL INC (NON-RE*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4959 | | | | |
|   EAST BAY FUNDING | 1,833.84 | 1,499.85 | 0.00 | 1,499.85 |
|   Acct: 0780 | | | | |
|   ECAST SETTLEMENT CORP** | 156.98 | 128.39 | 0.00 | 128.39 |
|   Acct: 5168 | | | | |
|   ECAST SETTLEMENT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   NRA GROUP LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6550 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8576 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   WELLS FARGO CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0278 | | | | |
|   WELLS FARGO CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1310 | | | | |
|   WELLS FARGO BANK NA | 3,537.55 | 2,893.26 | 0.00 | 2,893.26 |
|   Acct: 0214 | | | | |
|   WELLS FARGO BANK NA | 2,764.27 | 2,260.82 | 0.00 | 2,260.82 |
|   Acct: 9797 | | | | |
|   WELLS FARGO BANK NA | 759.85 | 621.46 | 0.00 | 621.46 |
|   Acct: 8268 | | | | |
|   WELLS FARGO FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 7078 | | | | |
|   BEST BUY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5168 | | | | |
|   CAPITAL ONE BANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5168 | | | | |
|   CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5512 | | | | |
|   CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9037 | | | | |
|   CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 7508 | | | | |
|   GECC/SAMS CLUB++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3918 | | | | |
|   GOODYEAR/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2264 | | | | |
|   WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8943 | | | | |
|   S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| | | | | 9,788.04 |

TOTAL PAID TO CREDITORS                                                                                                 97,742.33

| | |
|---|---|
| TOTAL | |
| CLAIMED | 873.40 |
| PRIORITY | 9,138.92 |
| SECURED | 22,619.51 |

Date: 03/23/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    ALAN LANE POST<br>    PAMELA POST<br>        Debtor(s)<br><br>    Ronda J. Winnecour<br>        Movant<br>      vs.<br>    No Repondents. | Case No.:14-24454 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                                                     BY THE COURT:

                                                                                                     U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-24454-JAD
Alan Lane Post                                                          Chapter 13
Pamela Post
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch              Page 1 of 3              Date Rcvd: Mar 24, 2020
                              Form ID: pdf900         Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2020.
```
db/jdb     +Alan Lane Post,   Pamela Post,   415 Homeland Avenue,   Pittsburgh, PA 15207-2437
cr         +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
             Pittsburgh, PA 15212-5860
13951436   +Best Buy,   Retail Services,   PO Box15521,   Wilmington, DE 19850-5521
13951442  ++CITIFINANCIAL,   BANKRUPTCY FORECLOSURE UNIT,   1000 TECHNOLOGY DRIVE,   OFALLON MO 63368-2222
            (address filed with court: Citifinancial,   300 Saint Paul Pl,   Baltimore, MD 21202)
13951441   +Citi,   PO Box 6931,   The Lakes, NV 88901-6931
13951443   +Citifinancial Retail Services,   Po Box 22066,   Tempe, AZ 85285-2066
13989217   +City and School District of Pittsburgh,   c/o Goehring Rutter & Boehm,
             437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
13951447   +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive,
             Second Floor,   Pittsburgh, PA 15212-5860
13951448  ++FIRST HORIZON HOME LOANS,   6363 N STATE HWY 161,   SUITE 300,   IRVING TX 75038-2231
            (address filed with court: First Horizon Home Loan,   4000 Horizon Way,   Irving, TX 75063)
13951449   +First National Bank of Pa,   1 Fnb Blvd,   Hermitage, PA 16148-3363
13978134   +First National Bank of Pa.,   4140 East State St,   Hermitage, PA 16148-3401
13951451   +Goodyear/Cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
14023840   +Kia Motors Finance,   PO Box 20825,   Fountain Valley, CA 92728-0825
13951452   +Kia Motors Finance,   Po Box 20815,   Fountain Valley, CA 92728-0815
14023046  ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
            (address filed with court: Nationstar Mortgage LLC,   ATTN: Bankruptcy Department,
             PO BOX 630267,   Irving, TX 75063)
13951456    Peter J. Ashcroft, Esquire,   Suite 2200, Gulf Tower,   Pittsburgh, PA 15219
13989216   +Pittsburgh Water & Sewer Authority,   c/o Goehring Rutter & Boehm,
             437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
13951460   +The Home Depot/Cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
13962432   +Wells Fargo,   PO Box 14487,   Des Moines, IA 50306-3487
13963975    Wells Fargo Bank, N.A.,   PO Box 10438,   Des Moines, IA 50306-0438
13962434   +Wf Crd Svc,   Po Box 10438,   Des Moines, IA 50306-0438
13962433   +Wf Crd Svc,   3201 N 4th Ave,   Sioux Falls, SD 57104-0700
13951462   +Wff Cards,   3201 N 4th Ave,   Sioux Falls, SD 57104-0700
13962436   +Wffinance,   800 Walnut St,   Des Moines, IA 50309-3504
13951446   +eCAST Settlement Corp,   PO Box 29262,   New York, NY 10087-9262
13962417   +eCAST Settlement Corp,   asignee of Chase Bank USA, N.A.,   POB 29262,
             New York, NY 10087-9262
14016389    eCast Settlement Corporation,   PO Box 28136,   New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13951437    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 25 2020 03:54:26    Capital One,
             Po Box 85520,   Richmond, VA 23285
13962408   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 25 2020 03:55:45    Capital One,
             by American Infosource Lp As Agent,   PO Box 71083,   Charlotte, NC 28272-1083
13977169    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 25 2020 03:54:26
             Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
13951438   +E-mail/Text: bnc@bass-associates.com Mar 25 2020 03:50:51    Capital One,,
             Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite 200,   Tucson, AZ 85712-1083
13951444   +E-mail/PDF: creditonebknotifications@resurgent.com Mar 25 2020 03:54:54    Credit One Bank,
             Po Box 98875,   Las Vegas, NV 89193-8875
13962414    E-mail/PDF: DellBKNotifications@resurgent.com Mar 25 2020 03:55:47    Dell Financial Services,
             PO Box 6403,   Carol Stream, IL 60197
13951461    E-mail/PDF: DellBKNotifications@resurgent.com Mar 25 2020 03:54:57    Webbank/Dfs,
             1 Dell Way,   Round Rock, TX 78682
14013123   +E-mail/Text: kburkley@bernsteinlaw.com Mar 25 2020 03:52:05    Duquesne Light Company,
             c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
             Pittsburgh, PA 15219-1945
13962416    E-mail/Text: bnc@bass-associates.com Mar 25 2020 03:50:51    ECAST FOB HRS USA,
             Bass & Associates, P.C.,   3936 E Ft Lowell Rd Ste 200,   Tucson, AZ 85712-1083
13951445   +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 25 2020 03:54:58    East Bay Funding,
             c/o Resurgent Capital Services,   PO Box 288,   Greenville, SC 29602-0288
14014525   +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 25 2020 03:55:02
             East Bay Funding, LLC its successors and assigns,   as assignee of CR Evergreen, LLC,
             Resurgent Capital Services,   PO Box 288,   Greenville, SC 29602-0288
13951450   +E-mail/PDF: gecsedi@recoverycorp.com Mar 25 2020 03:54:17    Gemb/Sams Club Dc,
             Po Box 981400,   El Paso, TX 79998-1400
13951439    E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 25 2020 03:55:43    Chase,   Po Box 15153,
             Wilmington, DE 19886-5153
13951440    E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 25 2020 03:55:43    Chase,   Po Box 15298,
             Wilmington, DE 19850
13951454    E-mail/PDF: resurgentbknotifications@resurgent.com Mar 25 2020 03:54:27    LVNV Funding,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13951453    E-mail/Text: cslehigh@pacses.com Mar 25 2020 03:52:00    Lehigh Co Drs,   523 Hamilton St,
             Allentown, PA 18101
```

```
District/off: 0315-2                  User: msch                  Page 2 of 3                  Date Rcvd: Mar 24, 2020
                                      Form ID: pdf900             Total Noticed: 49


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13962425       +E-mail/Text: Bankruptcies@nragroup.com Mar 25 2020 03:52:18      National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
13951455       +E-mail/Text: Bankruptcies@nragroup.com Mar 25 2020 03:52:18      National Recovery Agency,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
13951457        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2020 03:54:52
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
13951458       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2020 03:54:52      PRA Receivables,
                 PO Box 12914,    Norfolk, VA 23541-0914
13962429       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2020 03:54:21
                 PRA Receivables Management,    As Agent of Portfolio Recovery Assocs.,    P.O. Box 12914,
                 Norfolk, VA 23541-0914
13951459        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 25 2020 03:55:41
                 Resurgent Capital Services,    PO Box 10826,    Greenville, SC 29603-0826
                                                                                               TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              City and School District of Pittsburgh
cr              Duquesne Light Company
cr              First Horizon Home Loans a division of First Tenne
cr              NATIONSTAR MORTGAGE LLC
cr              Pittsburgh Water & Sewer Authority
cr*             eCAST Settlement Corporation,    PO Box 28136,   New York, NY 10087-8136
13962407*      +Best Buy,   Retail Services,   PO Box15521,   Wilmington, DE 19850-5521
13962412*     ++CITIFINANCIAL,   BANKRUPTCY FORECLOSURE UNIT,   1000 TECHNOLOGY DRIVE,   OFALLON MO 63368-2222
                (address filed with court: Citifinancial,    300 Saint Paul Pl,   Baltimore, MD 21202)
13962409*      +Capital One,,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite 200,
                 Tucson, AZ 85712-1083
13962411*       Citi,   PO Box 6931,   The Lakes, NV 88901-6931
13962413*      +Credit One Bank,   Po Box 98875,   Las Vegas, NV 89193-8875
13962431*     ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: Webbank/Dfs,    1 Dell Way,   Round Rock, TX 78682)
13962415*      +East Bay Funding,   c/o Resurgent Capital Services,   PO Box 288,   Greenville, SC 29602-0288
13962418*     ++FIRST HORIZON HOME LOANS,   6363 N STATE HWY 161,   SUITE 300,   IRVING TX 75038-2231
                (address filed with court: First Horizon Home Loan,    4000 Horizon Way,   Irving, TX 75063)
13962419*      +First National Bank of Pa,   1 Fnb Blvd,   Hermitage, PA 16148-3363
13962420*      +Gemb/Sams Club Dc,   Po Box 981400,   El Paso, TX 79998-1400
13962421*      +Goodyear/Cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
13962410*     ++JPMORGAN CHASE BANK N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
                (address filed with court: Chase,   Po Box 15153,   Wilmington, DE 19886-5153)
13962422*      +Kia Motors Finance,   Po Box 20815,   Fountain Valley, CA 92728-0815
13962424*       LVNV Funding,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13962423*       Lehigh Co Drs,   523 Hamilton St,   Allentown, PA 18101
13962426*      +National Recovery Agency,   2491 Paxton St,   Harrisburg, PA 17111-1036
13962427*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541)
13962428*      +PRA Receivables,   PO Box 12914,   Norfolk, VA 23541-0914
13962430*       Resurgent Capital Services,   PO Box 10826,   Greenville, SC 29603-0826
13973628*       Wells Fargo Bank N.A.,   PO Box 10438,   Des Moines, IA 50306-0438
13965736*       Wells Fargo Bank, N.A.,   PO Box 10438,   Des Moines, IA 50306-0438
13962435*      +Wff Cards,   3201 N 4th Ave,   Sioux Falls, SD 57104-0700
                                                                                      TOTALS: 5, * 23, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2            User: msch               Page 3 of 3              Date Rcvd: Mar 24, 2020
                                Form ID: pdf900          Total Noticed: 49
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    First Horizon Home Loans a division of First Tennessee
               Bank National Association andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Plaintiff Alan Lane Post ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Plaintiff Pamela  Post ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Pamela  Post ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Alan Lane Post ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 14
```