IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/18/20 4:23am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   ALAN LANE POST
   PAMELA POST
       Debtor(s)

   Ronda J. Winnecour
       Movant
     vs.
   No Repondents.

**DEFAULT O/E JAD**

Bankruptcy No. 14-24454-JAD

Chapter 13

Related To Doc. No. 76

## ORDER OF COURT

     AND NOW, this <u>18th</u> day of <u>May</u>, 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

     (1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

     (2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

     (3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

     (4) Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

     (5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

     (6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ mas
JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania

In re:                                                        Case No. 14-24454-JAD
Alan Lane Post                                                Chapter 13
Pamela Post
        Debtors            CERTIFICATE OF NOTICE
District/off: 0315-2          User: culy                  Page 1 of 3              Date Rcvd: May 18, 2020
                              Form ID: pdf900             Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2020.
db/jdb         +Alan Lane Post,    Pamela Post,    415 Homeland Avenue,    Pittsburgh, PA 15207-2437
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13951436       +Best Buy,    Retail Services,    PO Box15521,    Wilmington, DE 19850-5521
13951442      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2222
                (address filed with court: Citifinancial,      300 Saint Paul Pl,   Baltimore, MD 21202)
13951441        Citi,    PO Box 6931,    The Lakes, NV 88901-6931
13951443       +Citifinancial Retail Services,    Po Box 22066,    Tempe, AZ 85285-2066
13989217       +City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13951447       +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive,
                 Second Floor,    Pittsburgh, PA 15212-5860
13951448      ++FIRST HORIZON HOME LOANS,     6363 N STATE HWY 161,    SUITE 300,   IRVING TX 75038-2231
                (address filed with court: First Horizon Home Loan,     4000 Horizon Way,    Irving, TX 75063)
13951449       +First National Bank of Pa,    1 Fnb Blvd,    Hermitage, PA 16148-3363
13978134       +First National Bank of Pa.,    4140 East State St,    Hermitage, PA 16148-3401
13951451       +Goodyear/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
14023840       +Kia Motors Finance,    PO Box 20825,    Fountain Valley, CA 92728-0825
13951452       +Kia Motors Finance,    Po Box 20815,    Fountain Valley, CA 92728-0815
14023046      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,     ATTN: Bankruptcy Department,
                 PO BOX 630267,    Irving, TX 75063)
13951456        Peter J. Ashcroft, Esquire,    Suite 2200, Gulf Tower,    Pittsburgh, PA 15219
13989216       +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13951460       +The Home Depot/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
13962432       +Wells Fargo,    PO Box 14487,    Des Moines, IA 50306-3487
13963975        Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
13962434       +Wf Crd Svc,    Po Box 10438,    Des Moines, IA 50306-0438
13962433       +Wf Crd Svc,    3201 N 4th Ave,    Sioux Falls, SD 57104-0700
13951462       +Wff Cards,    3201 N 4th Ave,    Sioux Falls, SD 57104-0700
13962436       +Wffinance,    800 Walnut St,    Des Moines, IA 50309-3504
13951446       +eCAST Settlement Corp,    PO Box 29262,    New York, NY 10087-9262
13962417       +eCAST Settlement Corp,    asignee of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
14016389        eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13951437        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 19 2020 03:40:17      Capital One,
                 Po Box 85520,    Richmond, VA 23285
13962408       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 19 2020 03:40:18      Capital One,
                 by American Infosource Lp As Agent,    PO Box 71083,    Charlotte, NC 28272-1083
13977169        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 19 2020 03:40:18
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13951438       +E-mail/Text: bnc@bass-associates.com May 19 2020 03:34:39      Capital One,,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
13951444       +E-mail/PDF: creditonebknotifications@resurgent.com May 19 2020 03:39:29      Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
13962414        E-mail/PDF: DellBKNotifications@resurgent.com May 19 2020 03:39:55      Dell Financial Services,
                 PO Box 6403,    Carol Stream, IL 60197
13951461        E-mail/PDF: DellBKNotifications@resurgent.com May 19 2020 03:40:00      Webbank/Dfs,
                 1 Dell Way,    Round Rock, TX 78682
14013123       +E-mail/Text: kburkley@bernsteinlaw.com May 19 2020 03:35:26      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13962416        E-mail/Text: bnc@bass-associates.com May 19 2020 03:34:40      ECAST FOB HRS USA,
                 Bass & Associates, P.C.,    3936 E Ft Lowell Rd Ste 200,    Tucson, AZ 85712-1083
13951445       +E-mail/PDF: resurgentbknotifications@resurgent.com May 19 2020 03:39:33      East Bay Funding,
                 c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
14014525       +E-mail/PDF: resurgentbknotifications@resurgent.com May 19 2020 03:40:01
                 East Bay Funding, LLC its successors and assigns,     as assignee of CR Evergreen, LLC,
                 Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
13951450       +E-mail/PDF: gecsedi@recoverycorp.com May 19 2020 03:40:13      Gemb/Sams Club Dc,
                 Po Box 981400,    El Paso, TX 79998-1400
13951439        E-mail/PDF: ais.chase.ebn@americaninfosource.com May 19 2020 03:39:25      Chase,   Po Box 15153,
                 Wilmington, DE 19886-5153
13951440        E-mail/PDF: ais.chase.ebn@americaninfosource.com May 19 2020 03:39:25      Chase,   Po Box 15298,
                 Wilmington, DE 19850
13951454        E-mail/PDF: resurgentbknotifications@resurgent.com May 19 2020 03:39:57      LVNV Funding,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13951453        E-mail/Text: cslehigh@pacses.com May 19 2020 03:35:23      Lehigh Co Drs,   523 Hamilton St,
                 Allentown, PA 18101
```

```
District/off: 0315-2              User: culy                 Page 2 of 3              Date Rcvd: May 18, 2020
                                  Form ID: pdf900            Total Noticed: 49


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13962425        +E-mail/Text: Bankruptcies@nragroup.com May 19 2020 03:35:32      National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
13951455        +E-mail/Text: Bankruptcies@nragroup.com May 19 2020 03:35:32      National Recovery Agency,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
13951457         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 19 2020 09:13:07
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
13951458        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 19 2020 09:13:07      PRA Receivables,
                 PO Box 12914,    Norfolk, VA 23541-0914
13962429        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 19 2020 09:13:07
                 PRA Receivables Management,    As Agent of Portfolio Recovery Assocs.,    P.O. Box 12914,
                 Norfolk, VA 23541-0914
13951459         E-mail/PDF: resurgentbknotifications@resurgent.com May 19 2020 03:40:01
                 Resurgent Capital Services,    PO Box 10826,    Greenville, SC 29603-0826
                                                                                              TOTAL: 22


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               City and School District of Pittsburgh
cr               Duquesne Light Company
cr               First Horizon Home Loans a division of First Tenne
cr               NATIONSTAR MORTGAGE LLC
cr               Pittsburgh Water & Sewer Authority
cr*              eCAST Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
13962407*       +Best Buy,    Retail Services,    PO Box15521,    Wilmington, DE 19850-5521
13962412*      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2222
               (address filed with court: Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202)
13962409*       +Capital One,,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
                 Tucson, AZ 85712-1083
13962411*        Citi,    PO Box 6931,    The Lakes, NV 88901-6931
13962413*       +Credit One Bank,    Po Box 98875,    Las Vegas, NV 89193-8875
13962431*      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Webbank/Dfs,    1 Dell Way,    Round Rock, TX 78682)
13962415*       +East Bay Funding,    c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
13962418*      ++FIRST HORIZON HOME LOANS,    6363 N STATE HWY 161,    SUITE 300,    IRVING TX 75038-2231
               (address filed with court: First Horizon Home Loan,    4000 Horizon Way,    Irving, TX 75063)
13962419*       +First National Bank of Pa,    1 Fnb Blvd,    Hermitage, PA 16148-3363
13962420*       +Gemb/Sams Club Dc,    Po Box 981400,    El Paso, TX 79998-1400
13962421*       +Goodyear/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
13962410*      ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
               (address filed with court: Chase,    Po Box 15153,    Wilmington, DE 19886-5153)
13962422*       +Kia Motors Finance,    Po Box 20815,    Fountain Valley, CA 92728-0815
13962424*        LVNV Funding,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13962423*        Lehigh Co Drs,    523 Hamilton St,    Allentown, PA 18101
13962426*       +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
13962427*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541)
13962428*       +PRA Receivables,    PO Box 12914,    Norfolk, VA 23541-0914
13962430*        Resurgent Capital Services,    PO Box 10826,    Greenville, SC 29603-0826
13973628*        Wells Fargo Bank N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
13965736*        Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
13962435*       +Wff Cards,    3201 N 4th Ave,    Sioux Falls, SD 57104-0700
                                                                                            TOTALS: 5, * 23, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2            User: culy              Page 3 of 3             Date Rcvd: May 18, 2020
                                Form ID: pdf900         Total Noticed: 49
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    First Horizon Home Loans a division of First Tennessee
               Bank National Association andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Plaintiff Alan Lane Post ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Plaintiff Pamela  Post ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Pamela  Post ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Alan Lane Post ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 14
```